**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-620**

---

In Re: JAMES EDWARD DAWKINS,

                                        Petitioner.

---

On Petition for Writ of Mandamus.
(CA-97-171-5-MU, CA-97-172-5-MU)

---

Submitted:  December 17, 1998        Decided:  January 5, 1999

---

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

James Edward Dawkins, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James Edward Dawkins petitioned this court for a writ of mandamus, alleging undue district court delay in issuance of process in his civil action filed in November 1997. The writ of mandamus is a drastic remedy and should be granted only in those extraordinary situations when no other remedy is available. See In re Beard, 811 F.2d 818, 826 (4th Cir. 1987). Because there has been recent significant action in the district court case, including an order directing the United States Marshal to effect service of process, we find the petition to be moot and without merit. Although we grant leave to proceed in forma pauperis, the petition is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

PETITION DENIED

2